**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1148**

———————

DAVID L. WHITEHEAD,

Plaintiff - Appellant,

versus

VIACOM, INCORPORATED; DOES 1-50, Unnamed,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
02-1899-DKC)

———————

Submitted: April 30, 2003            Decided: May 21, 2003

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David L. Whitehead, Appellant Pro Se.  Paul R. Taskier, DICKSTEIN,
SHAPIRO, MORIN & OSHINSKY, L.L.P., Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David L. Whitehead appeals from the district court's orders dismissing his civil action and denying his motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Whitehead v. Viacom, Inc.</u>, No. CA-02-1899-DKC (D. Md. Nov. 15, 2002; Dec. 31, 2002). We deny Whitehead's motions for an evidentiary hearing, for injunctive relief, and to strike the Appellee's informal brief, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>